UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _____ |
| | § | (CDCS: 2019A11481) |
| SCS Construction Management, Inc., | § | |
| | § | |
| Defendant. | § | |

# Complaint

1.  *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.  *Venue.* The principal place of business of defendant is in Harris County, Texas, and it may be served with process by serving its president, Robert Scherer, at 7438 Wright Road, Houston, Texas 77041.

3.  *The Debt.* The debt owed to the United States arose through a Occupational Safety and Health Administration (OSHA) violation.  The debt on the date of the Certificate of Indebtedness was:

| | | | |
|---|---|---|---|
| A. | Current principal | $ | 2,800.00 |
| B. | Interest (capitalized and accrued) | $ | 135.61 |
| C. | Administrative fees, costs, penalties<br>(Including $400.00 Filing fee) | $ | 2,574.64 |
| D. | Balance due | $ | 5,510.25 |
| E. | Prejudgment interest accrues at 1.00% per annum being $0.08 per day. | | |

F.      The current principal in paragraph 3 A is after credits of $0.00.

4.      *Default*. The United States has demanded that the defendant pay the indebtedness,

and the defendant has failed to pay it.

5.      *Prayer*. The United States prays for judgment for:

A.      The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

B.      Other relief the court deems proper.

Respectfully submitted,

CERSONSKY, ROSEN & GARCÍA, P.C.


By:   /s/ M. H. Cersonsky
        M. H. Cersonsky, TBN:  04048500
        1770 St. James Place, Suite 150
        Houston, Texas 77056
        Telephone: (713) 600-8500
        Fax: (713) 600-8585

        Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1.      **You have been served in a lawsuit.**

2.      **If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer.  If you do not, a default judgment will be taken against you.**

3.      **Your written response is due 21 days after the day you got the lawsuit papers.**

4.      **Mail your written response to:**

> **Clerk**
> **United States District Court**
> **P.O. Box 61010**
> **Houston, Texas 77208**

**and send a copy to the lawyers for the United States at:**

> **M. H. Cersonsky**
> **Cersonsky, Rosen & García, P.C.**
> **1770 St. James Place, Suite 150**
> **Houston, Texas 77056**

**Be sure to put your case number and name on your response.**

5.      **If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

SCS Construction Management, Inc.
7438 Wright Road
Houston, Texas 77041
**EIN: 76-0598688**
**Treasury Reference #: TRFM1500293352/947833A57239**

I hereby certify, as part of my duties with the U.S. Department of the Treasury (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Labor (DOL), Occupational Safety and Health (OSHA), to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the debt owed by SCS Construction Management, Inc. (DEBTOR) to DOL.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DOL based on his/her knowledge at or near the time the events were recorded, including the review of Occupational Safety and Health Administration (OSHA) violations, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of Occupational Safety and Health Administration (OSHA) violations. Treasury's regular business practice is to receive, store and rely on the documents provided by DOL, when debts are referred to Treasury for collection activities, including litigation.

Upon completion of an investigation covering the DEBTOR's operations from 11/08/2013 through 12/09/2013, DOL issued a Citation and Notice of Penalty against the DEBTOR in the amount of $2,800.00 with an annual interest rate of 1.00% and an annual penalty rate of 6.00% for failure to ensure that scaffolds and scaffold components were inspected before use by employees. According to DOL historical records the debt became delinquent on February 7, 2014.

DOL referred the claim to Treasury's Bureau of the Fiscal Service, Debt Management Services (DMS) to collect the delinquent debt on October 26, 2015. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from DOL.

On November 16, 2018, DMS referred the claim to DOJ for litigation and collection in the amount due of $5,084.41 with daily interest of $0.08. As of November 27, 2018, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 2,800.00 |
| Interest (@1.00%): | $ 135.61 |
| Penalty (@6.00%): | $ 799.65 |
| Admin Fees: | $ 1,374.99 |
| | |
| Total: | $ 5,110.25 |



1



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

The balances stated in the case listed above are current as of November 27, 2018, including any applicable interest, penalties, administrative fees, and DMS & DOJ fees (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by DOL and information contained in Treasury's records.

11/29/2018

X *Natalie R. Stubbs*

Signed by: Natalie R. Stubbs
**Natalie Stubbs**
**Financial Program Specialist**
**U.S. Department of the Treasury**
**Debt Management Services**

2